UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Danville Division

| | |
|---|---|
| DANIEL P. MOOK, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civil Action No. 4:23cv00028 |
| | ) |
| CITY OF MARTINSVILLE, VIRGINIA, | ) |
| and G. ANDREW HALL, | ) |
| | ) |
| *Defendants*. | ) |

### DEFENDANT CITY OF MARTINSVILLE, VIRGINIA'S
### MOTION FOR SUMMARY JUDGMENT

Defendant, City of Martinsville, Virginia, by counsel, moves to dismiss the Complaint against it pursuant to Fed. R. Civ. P. 56, and respectfully moves this Court for entry of an Order granting it summary judgment for the reasons set forth in the accompanying memorandum of law.

CITY OF MARTINSVILLE, VIRGINIA

 /s/     Jennifer D. Royer
                Of Counsel

Jennifer D. Royer, VSB # 68099
ROYER LAW FIRM, P.C.
3042 Brambleton Ave, S.W.
Roanoke, Virginia 24015
540-788-2982  Telephone
540-675-4093  Facsimile
jroyer@royerlawfirm.com
*Counsel for Defendant City of Martinsville, Virginia*

CERTIFICATE

I hereby certify that on the 18th day of April, 2025, I electronically filed this Motion for Summary Judgment with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Scott G. Crowley, Esq.
Crowley & Crowley, PC
4870 Sadler Road, Suite 300
Glen Allen, Virginia 23060
*Counsel for Plaintiff*

Nathan H. Schnetzler, Esq.
Frith Anderson + Peake, P.C.
29 Franklin Road, S.W.
P.O. Box 1240
Roanoke, Virginia 24006-1240
*Counsel for Defendant G. Andrew Hall*

/s/ Jennifer D. Royer

Jennifer D. Royer, VSB # 68099
ROYER LAW FIRM, P.C.
3042 Brambleton Ave., S.W.
Roanoke, Virginia 24015
540-788-2982  Telephone
540-675-4093  Facsimile
jroyer@royerlawfirm.com
*Counsel for Defendant City of Martinsville, Virginia*